AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAMES O. BURDEN,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: 5:25-cv-160

CENTURION PROVIDER, and AMY KING,

    Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's Order dated July 17, 2026, the Court dismisses Plaintiff's

Complaint in its entirety and denies Plaintiff leave to proceed in forma pauperis on appeal. This

case stands closed.

Approved by: _____

Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

July 21, 2026
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020